IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00361-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JERMAINE L BEDFORD,
2. NICOLAS D JEFFCOAT, and
3. **CHEARIA L. FEEMSTER,**
    a/k/a Cheria L Feemster,

        Defendants.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
(Docket No. 154)

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Chearia L. Feemster, a/k/a Cheria L. Feemster, Inmate # 141916, USMS # 32815-013, before a United States Magistrate Judge on September 25, 2009 at 2:00 p.m. for an initial appearances upon the charges of a Supervise Release, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this 28th day of August, 2009.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**