# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  04-cr-00361-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     CHEARIA L. FEEMSTER,

        Defendant.
_____

# MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a supervised release violation hearing regarding Defendant Feemster is set **Thursday, December 17, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  October 1, 2009
_____