# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number:  04-cr-00361-LTB-03 |
| CHERIA L. FEEMSTER | USM Number:  32815-013 |
| | Lynn Pierce (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1, 7 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law (Second Degree Assault) | 07/14/07 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations 2 through 6 were discharged by the government.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 17, 2009
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

December 31, 2009
Date

DEFENDANT:  CHERIA L. FEEMSTER
CASE NUMBER:  04-cr-00361-LTB-03                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 7 | Violation of the Law (Disorderly Conduct-Failure to Obey a Lawful Order) | 12/16/06 |
| 8 | Violation of the Law (Disorderly Conduct-Failure to Obey Lawful Order) | 04/11/07 |
| 9 | Violation of the Law (Receiving Stolen Property) | 06/04/07 |

DEFENDANT: CHERIA L. FEEMSTER
CASE NUMBER: 04-cr-00361-LTB-03                                                         Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months, to run concurrent with sentence imposed in Denver County District Court, Case Number 07CR4169

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal